JOHN SEBASTIAN SMITH, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued January 27, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, in favor of plaintiff, entered upon an order made January 29, 1892, which affirmed an order denying a motion for a new trial and directed judgment on a nonsuit granted at Circuit.

*Elbridge L. Adams* for appellant.

*Albert H. Harris* for respondent.

Agree to affirm; no opinion.
All concur, except ANDREWS, Ch. J., O'BRIEN and MAYNARD, JJ., dissenting.
Judgment affirmed.